**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

TERRANCE C. EVERETT,

    Plaintiff,
vs.                                            CASE NO. 5:07cv284/RS-MD

JONATHAN P. SMITH and
MATT VICKERY,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. §753, and the decision of the U. S. Court of Appeals for the Eleventh Circuit dated August 11, 2010, the trial transcript shall be furnished to Plaintiff and the fees for the trial transcript shall be paid by the United States out of funds appropriated for that purpose.

**ORDERED** on August 13, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**